**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01355-CR

**ROSE MARY HAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-23943-K**

## ORDER

The Court **GRANTS** appellant's January 7, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk, and counsel for all parties.

We **ORDER** appellant to file the brief within **FORTY-FIVE** days from the date of this order.

/s/    LANA MYERS
       JUSTICE